# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 20, 2023

Before

DIANE S. SYKES, *Chief Judge*
DIANE P. WOOD, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 22-1557 | PATRICK ATKINSON,<br>    Plaintiff - Appellant<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, and STEVEN M. DETTELBACH, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives,<br>    Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-00291<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

The judgment of the District Court is **VACATED** and this case is **REMANDED** in accordance with the decision of this court entered on this date. Pursuant to Fed. R. App. Proc. 39(a)(4), all parties will bear their own costs.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)